JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TRACY SHUR,<br><br>  Plaintiff,<br><br> v.<br><br>CINEMARK USA, INC.,<br><br>  Defendants. | Case No.: 2:22-CV-05518-SVW-SK<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: May 2, 2022<br><br>Removal Date: August 5, 2022 |

[PROPOSED] ORDER

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Tracy Shur ("Plaintiff"), by and through his counsel of record, has requested dismissal of this matter with prejudice. Defendant Cinemark USA, Inc. ("Cinemark"), by and through its counsel of record, stipulated to Plaintiff's request. Each of the parties agrees that they shall bear their own costs and attorneys' fees associated with this matter.

Accordingly it is HEREBY ORDERED that this lawsuit is DISMISSED WITH PREJUDICE IN ITS ENTIRETY.

**IT IS SO ORDERED.**

Date: January 19, 2023

_____
Hon. Stephen V. Wilson
United States District Court Judge